LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, SBN 78624
717 Washington Street, Second Floor
Oakland, CA 94607
(510) 451-4600 Telephone
(510) 451-3002 Facsimile

Attorney for Defendant
WILLIAM WISE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

WILLIAM J. WISE,

        Defendant.        /

Criminal No. CR 12-111 EMC

**STIPULATION AND [PROPOSED]
ORDER CONTINUING HEARING AND
EXCLUDING SPEEDY TRIAL TIME
[18 U.S.C. § 3161]**

        Counsel for the United States and counsel for defendant
William Wise appeared on May 23, 2012 for a status hearing in the
District Court, all time having previously been excluded under
the Speedy Trial Act. At that hearing, counsel for the United
States stated that there was a significant amount of discovery at
issue (over 100 boxes of documents). Based on the nature of the
charges, the proffer relating to the volume of discovery, and the
agreement of counsel for defendant Wise, the Court found that
this case was properly designated as complex pursuant to 18
U.S.C. § 3161(h)(7)(A) & (B)(ii), and that time should also be
excluded based on effective preparation and continuity of counsel
pursuant to 18 U.S.C. § 3161(h)(&)(A) & (B)(iv). The Court set a

status date of July 25, 2012 and then, pursuant to a stipulation by the parties through counsel, continued that appearance to August 22, 2012.

The parties have continued to review discovery, conduct additional investigation, and negotiate a possible disposition. There has been an unanticipated delay in obtaining necessary court documents and orders from the Northern District of North Carolina. Counsel still awaits those documents but anticipates that their delivery is now current. Counsel for the United States was out of the District on July 25 and August 8, 2012 and counsel for defendant was out of the District from August 2 until August 14, 2012. Accordingly, the parties stipulate that the August 22, 2012 hearing should be vacated and continued to September 12, 2012 at 2:30 p.m., with time excluded based on the complex designation, effective preparation, and continuity of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(ii), (B)(iv).

SO STIPULATED.

_____                    _____/s/_____
Date                                     PAUL DELANO WOLF
                                         Attorney for Defendant
                                         WILLIAM J. WISE


_____                    _____/s/_____
Date                                     TRACIE L. BROWN
                                         Assistant United States Attorney


[~~PROPOSED~~] ORDER

For good cause shown and based on the parties' representations and agreement at the May 23, 2012 hearing and as set forth herein, the Court finds that failing to exclude the

1  time between May 23, 2012 and August 22, 2012 would unreasonably

2  deny the defendant and the government continuity of counsel, and

3  would deny both counsel the reasonable time necessary for

4  effective preparation, taking into account the exercise of due

5  diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further

6  finds that, in light of the nature of the charges and the volume

7  of discovery, the case is property designated as complex pursuant

8  to 18 U.S.C. § 3161(h)(7)(B)(ii).  For all of these reasons and

9  as set forth on the record at the May 23, 2012 hearing, the Court

10  finds that the ends of justice served by excluding the time

11  between May 23, 2012 and September 12, 2012 from computation

12  under the Speedy Trial Act outweigh the best interests of the

13  public and defendant William Wise in a speedy trial.  Therefore,

14  IT IS HEREBY ORDERED that the time between May 23, 2012 and

15  August 22, 2012 shall be excluded from computation under the

16  Speedy Trial Act.  18 U.S.C. § 3161(h)(3)(A), (h)(7)(A),

17  (h)(7)(B)(ii) & (B)(iv).

18          The hearing set for August 22, 2012 is hereby vacated,

19  and the parties shall appear for their next status hearing on

20  September 12, 2012 at 2:30 p.m.

21  August 16, 2012
_____
    Date

    _____
    HONORABLE EDWARD M. CHEN
22  United States District Court

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 3 -