**Brian P. Berson, Esq.**
California State Bar No. 130249
Law Offices of Brian P. Berson
235 Montgomery St., Suite 625
San Francisco, CA 94104
brian@bersonlaw.net
Telephone: (415) 788-2707
Facsimile: (415) 392-5275

Counsel for Defendant **JACQULINE HOEGEL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 12-0111-EMC-2 |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO WAIVE DEFENDANT'S** |
| | ) | **APPEARANCE** |
| JACQULINE HOEGEL. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on defense counsel's representation that he has been in regular contact with Defendant Hoegel, that the nature of the scheduled February 6, 2013 hearing has been discussed with her, that both parties will be seeking a several month continuance based on complexity of the case and AUSA Brown's impending maternity leave, and that Ms. Hoegel would prefer not to attend the hearing unless the Court requires, counsel for the United States and counsel for Defendant Jacquline Hoegel agree and stipulate that Defendant Hoegel's appearance at the status hearing on February 6, 2013 is unnecessary and may be waived, should the Court permit.

1

SO STIPULATED:


Date: January 24, 2013                    _____//s//_____
                                          BRIAN P. BERSON
                                          ATTORNEY FOR JACQULINE HOEGEL


Date: January 24, 2013                    _____//s//_____
                                          TRACIE BROWN
                                          ASSISTANT U.S. ATTORNEY



                        **[PROPOSED] ORDER**

    Based on the foregoing, the Court waives the appearance of

Defendant Jacquline Hoegel at the February 6, 2013 status hearing.

However, defense counsel shall notify Ms. Hoegel of the next

scheduled court date, which she will be required to attend unless

the Court orders otherwise in the future.


SO ORDERED:

          1/25/13
Date:_____

                                          _____ CHEN
                                          _____ JUDGE