```
 1  LAW OFFICES OF PAUL DELANO WOLF
    PAUL DELANO WOLF, SBN 78624
 2  JAMES STEVENS, SBN 286646
    717 Washington Street, Second Floor
 3  Oakland, CA 94607
    (510) 451-4600 Telephone
 4  (510) 451-3002 Facsimile

 5  Attorney for Defendant
    WILLIAM WISE
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
    UNITED STATES OF AMERICA,      Case No. CR 12-111 EMC
12
              Plaintiff,
13                                 STIPULATED REQUEST TO CONTINUE
    v.                             SENTENCING FROM SEPTEMBER 18,
14                                 2013 TO DECEMBER 11, 2013

15  WILLIAM J. WISE,

16        Defendant.         /

17        The above captioned matter is set on September 18, 2013
18  before this Court for either sentencing or status regarding
19  sentencing.  The parties jointly request that this Court vacate
20  that date and set this matter for sentencing on December 11, 2013
21  at 2:30 p.m.
22        To date, nothing has been done by the Probation
23  Department to prepare a Presentence Report and none will be
24  available prior to, or at, sentencing.  Per the request made
25  today by new government counsel, defense counsel will inquire
26  with Probation, and attempt to initiate, that process as soon as
27  possible.  The Court will be provided with further information
28  about that process and whether it will be completed in time for
```

the sentencing date proposed by the parties here.

SO STIPULATED.

_____                    /s/
Date                        _____
                            PAUL DELANO WOLF
                            Attorney for Defendant
                            WILLIAM J. WISE


_____                    /s/
Date                        _____
                            ROBIN HARRIS
                            Assistant United States Attorney


[~~PROP~~OSED] ORDER

IT IS HEREBY ORDERED for the reasons stated in the parties' stipulated request to continue sentencing that the sentencing set for September 18, 2013 is vacated and sentencing in this matter is continued until December 11, 2013.

   8/14/13
_____         _____
Date                        HONORABLE EDWARD M. CHEN
                            United States District Court

IT IS SO ORDERED
Judge Edward M. Chen