```
 1  LAW OFFICES OF PAUL DELANO WOLF
    PAUL DELANO WOLF, SBN 78624
 2  JAMES STEVENS, SBN 286646
    717 Washington Street, Second Floor
 3  Oakland, CA 94607
    (510) 451-4600 Telephone
 4  (510) 451-3002 Facsimile

 5  Attorney for Defendant
    WILLIAM WISE
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,      Case No. CR 12-0642 EMC
11                                          CR 12-0111 EMC
              Plaintiff,
12                                  STIPULATED REQUEST TO CONTINUE
    v.                              SENTENCING FROM DECEMBER 11,
13                                  2013 TO MARCH 5, 2014

14  WILLIAM J. WISE,

15          Defendant.         /
```

16   The above captioned matter is currently set before this

17  Court for Sentencing on December 11, 2013. The defendant

18  requests that this Court vacate the December 11, 2013 date and

19  set these matters for Sentencing on March 5, 2014 at 2:30 p.m.

20  The Probation Department agrees with this request. The

21  government does not oppose this request.

22       SO STIPULATED.

23  _____        _____/s/_____
    Date                        PAUL DELANO WOLF
24                              Attorney for Defendant
                                WILLIAM J. WISE
25

26  _____        _____/s/_____
    Date                        ROBIN HARRIS
27                              Assistant United States Attorney

28  //

```
_____                    _____/s/_____
Date                                CHARLIE MABIE
                                    United States Probation Officer


                           [~~PROPOSED~~] ORDER

        IT IS HEREBY ORDERED that defendant William Wise's
request that the Sentencing hearing currently scheduled for
December 11, 2013 be vacated and Sentencing be these matters is
continued until March 5, 2014 at 2:30 p.m.

    11/07/2013                      _____
_____                    HONORABLE EDWARD M. CHEN
Date                                United States District Court
```

*(Signed and sealed by Judge Edward M. Chen, United States District Court, Northern District of California)*