MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 812411)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
BENJAMIN KINGSLEY (NYBN 4758389)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6937
    FAX: (415) 436-7234
    Benjamin.Kingsley@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: CR 12-00111 EMC |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| JACQULINE HOEGEL, | |
| Defendants. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice counts 18–21 and count 23 of the above-captioned indictment as against defendant JACQULINE HOEGEL.

DATED: December 10, 2013

Respectfully submitted,

MELINDA HAAG
United States Attorney

J. DOUGLAS WILSON
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 12-00111 EMC)

Leave is granted to the government to dismiss without prejudice counts 18–21 and count 23 of the above-captioned indictment as against defendant JACQULINE HOEGEL. The Clerk of the Court is directed to close the case against Jacquline Hoegel only. The 12/11/13 Status is vacated.

DATED: 12/11/13

HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE



NOTICE OF DISMISSAL (CR 12-00111 EMC)